RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY_____PHP_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GERALD BROWN<br>FED. REG. #33360-013 | CIVIL ACTION NO. 11-858-LC |
| VS. | SECTION P |
| UNITED STATES OF AMERICA | JUDGE MINALDI<br>MAGISTRATE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 be and is hereby **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of February, 2012 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE